UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-473-FL |
| | ) | |
| HOSPIRA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2010, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.  The plaintiff shall have and recover nothing from this action.


**This Judgment Filed and Entered on December 14, 2010, and Copies To:**

Mario M. White (via CM/ECF Notice of Electronic Filing)
Phillip J. Strach (via CM/ECF Notice of Electronic Filing)


December 14, 2010                    DENNIS P. IAVARONE, CLERK
                                     _/s/ Christa N. Baker_____
                                     (By) Christa N. Baker, Deputy Clerk